United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERICO QUEZADA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RESPONSIBLE ROOFING, INC., *et al.*, <br><br> Defendants. <br><br> PORFIRIO ZAMORA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RESPONSIBLE ROOFING, INC., *et al.*, <br><br> Defendants. | No. C 08-00821 WHA <br> No. C 08-04905 WHA <br><br> **ORDER RE REASSIGNMENT OF THESE TWO RELATED CASES TO MAGISTRATE JUDGE** |

Based on the parties representations that they will consent to proceed before a Magistrate Judge, the case is referred back to the Clerk for reassignment to a Magistrate Judge.

**IT IS SO ORDERED.**

Dated: March 20, 2009

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE