Lawrence Wong, (SBN: 80852)
Edward Hung (SBN: 221232)
WONG & ASSOCIATES
413 Third Street
Oakland, CA 94607
Telephone: 510-451-2124
Facsimile: 510-451-2448

Attorneys for Defendants
PAUL MARVIN ELMORE, JR.
and DAVID LANDEROS

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| FREDERICO QUEZADA, ET AL., | CASE NO.: 08-CV-00821-EMC |
|---|---|
| Plaintiffs, | |
| vs. | STIPULATION TO SUBSTITUE WONG AND ASSOCIATES AS COUNSEL FOR PAUL MARVIN ELMORE, JR. AND DAVID LANDEROS ; ORDER |
| RESPONSIBLE ROOFING, INC, ET AL. | |
| Defendants. | |

WHEREAS, PAUL MARVIN ELMORE, JR. and DAVID LANDEROS have retained the firm of Wong and Associates to represent them in the above-captioned matter pending before this Court; and

WHEREAS PAUL MARVIN ELMORE, JR. and DAVID LANDEROS both will no longer be self represented.

NOW, THEREFORE, IT IS HEREBY STIPULATED THAT PAUL MARVIN ELMORE, JR. and DAVID LANDEROS, will substitute Wong and Associates as counsel for PAUL MARVIN ELMORE, JR. and DAVID LANDEROS. All notices henceforth should be sent to

---
1
STIPULATION TO SUBSTITUTE WONG & ASSOCIATES AS COUNSEL FOR PAUL ELMORE, JR and DAVID LANDEROS
CASE No.: 08-cv-00821

LAWRENCE WONG and EDWARD HUNG of Wong and Associates.

I CONSENT TO THIS SUBSTITUTION.

Dated: _____
PAUL MARVIN ELMORE, JR.
Defendant

Dated: 10-26-09       [signature]
DAVID LANDEROS
Defendant

I ACCEPT THIS SUBSTITUTION.

Dated: _____
WONG AND ASSOCIATES

_____
Edward Hung
Edward.Hung@sbcglobal.net

PURSUANT TO STIPULATION, Edward Hung and Wong and Associates are hereby substituted in as counsel for PAUL MARVIN ELMORE, JR. and DAVID LANDEROS. All notices should henceforth be sent to Mr. Hung and Wong and Associates.

IT IS SO ORDERED.

Dated: November 4, 2009

Edward M. Chen, Judge

**IT IS SO ORDERED**
Judge Edward M. Chen
UNITED STATES DISTRICT COURT · NORTHERN DISTRICT OF CALIFORNIA

STIPULATION TO SUBSTITUTE WONG & ASSOCIATES AS COUNSEL FOR PAUL ELMORE, JR and DAVID LANDEROS
CASE No.: 08-cv-00821

WONG & ASSOCIATES
ATTORNEYS AT LAW
413 THIRD STREET
JACK LONDON SQUARE
OAKLAND, CA 94607
(510) 451-2124

LAWRENCE WONG and EDWARD HUNG of Wong and Associates.

I CONSENT TO THIS SUBSTITUTION.

Dated: 10-26-09

_____
PAUL MARVIN ELMORE, JR.
Defendant

Dated:

_____
DAVID LANDEROS
Defendant

I ACCEPT THIS SUBSTITUTION.

Dated: 10/26/09

WONG AND ASSOCIATES

_____
Edward Hung
Edward.Hung@sbcglobal.net

PURSUANT TO STIPULATION, Edward Hung and Wong and Associates are hereby substituted in as counsel for PAUL MARVIN ELMORE, JR. and DAVID LANDEROS. All notices should henceforth be sent to Mr. Hung and Wong and Associates.

IT IS SO ORDERED.

Dated:

_____
Edward M. Chen,
United States Magistrate Judge

---

STIPULATION TO SUBSTITUTE WONG & ASSOCIATES AS COUNSEL FOR PAUL ELMORE, JR and DAVID LANDEROS
CASE No.: 08-cv-00821

2