United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERICO QUEZADA, *et al.*, | No. C-08-0821 EMC |
| Plaintiffs, | No. C-08-4905 EMC |
| v. | |
| RESPONSIBLE ROOFING, INC., *et al.*, | **ORDER GRANTING PLAINTIFFS' MOTION TO CONSOLIDATE** |
| Defendants. _____/ | **(Docket No. 50 in C-08-0821; Docket No. 44 in C-08-4905)** |
| FEDERICO QUEZADA, *et al.*, | |
| Plaintiffs, | |
| v. | |
| RESPONSIBLE ROOFING, INC., *et al.*, | |
| Defendants. _____/ | |

Plaintiffs in the above-referenced cases, represented by the same counsel, have moved to consolidate the cases. The court ordered Defendants to file any opposition to the motion by October 28, 2009. *See* Docket No. 53 (Order at 2). The individual defendants in the case filed a statement of nonopposition to the motion to consolidate on November 5, 2009. The corporate defendant did not file any response to Plaintiffs' motion.[1]

---

[1] The Court previously gave the corporate defendant until September 30, 2009, to find counsel and to have that counsel make an appearance in this case. *See* Docket No. 47 (Order at 2). No appearance was made by that date or has been made since.

1    In light of the nonopposition, the Court hereby **GRANTS** Plaintiffs' motion to consolidate. The Court also notes that Plaintiffs have made an adequate showing that consolidation is appropriate pursuant to Federal Rule of Civil Procedure 42(a) -- *i.e.*, there are both common questions of law and fact in the cases.

   This order disposes of Docket No. 50 in Case No. C-08-0821 EMC and Docket No. 44 in Case No. C-08-4905 EMC.

   IT IS SO ORDERED.

Dated: November 16, 2009

_____
EDWARD M. CHEN
United States Magistrate Judge