1  ADAM WANG, Bar No. 201233
   LAW OFFICES OF ADAM WANG
2  12 South First Street, Suite 708
   San Jose, CA 95113
3  Tel: (408) 421-3403
   Fax: (408) 416-0248
4  waqw@sbcglobal.net

5

   Attorney for Plaintiffs
6

UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

| FEDERICO QUEZADA, ANTONIO QUEZADA, PORFIRIO ZAMORA, MARIO NIEVES, FELIPE QUEZADA, CIRIACO SALINA AND JOSE GARCIA | Case No.: C08-0821 EMC<br>C08-4905 EMC |
|---|---|
| Plaintiffs,<br>vs.<br>RESPONSIBLE ROOFING, INC., PAUL MARVIN ELMORE JR., EDUARDO PENA, DAVID LANDEROS, and DOES 1-10<br>Defendants | **STIPULATION TO FILE A CONSOLIDATED AND AMENDED COMPLAINT** ; ORDER |

Parties, through their respective counsel, hereby stipulate that Plaintiffs are allowed file a Consolidated and Amended Complaint attached hereto as Exhibit 1. Parties stipulate that Defendants be given 25 days to anwer the complaint.

Dated: January 7, 2010

By:   /s/ ADAM WANG          .
      Adam Wang
      Attorney for Plaintiffs

Dated: January 10, 2010

By: /s/ EDWARD HUNG
    Edward Hung
    Attorney for Defendants

---

**CONSOLIDATED AND AMENDED COMPLAINT**
<u>Quazada, et al vs. Responsible Roofing, Inc., et al</u>

1

Case No: C08-0821 EMC
C08-4905 EMC

**[PROPOSED] ORDER**

Pursuant to parties stipulation, IT IS HEREBY ORDERED that Plaintiffs shall file their Consolidated and Amended Complaint in 5 days of this order.

IT FURTHER ORDERED that Defendants shall file their answer with 25 days from the date the Consolidated and Amended Complaint is field.

Dated: January 13, 2010    By: _____
                                                    trate Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

---

**CONSOLIDATED AND AMENDED COMPLAINT**
<u>Quazada, et al vs. Responsible Roofing, Inc., et al</u>

2

Case No: C08-0821 EMC
C08-4905 EMC