1  ADAM WANG, Bar No. 201233
   LAW OFFICES OF ADAM WANG
2  12 South First Street, Suite 708
   San Jose, CA 95113
3  Tel: (408) 421-3403
   Fax: (408) 416-0248
4  waqw@sbcglobal.net

5
   Attorney for Plaintiffs
6
                   UNITED STATES DISTRICT COURT
7                FOR DISTRICT OF NORTHERN CALIFORNIA

8  FEDERICO QUEZADA, ANTONIO            Case No.: C08-0821 EMC
   QUEZADA, PORFIRIO ZAMORA, MARIO                C08-4905 EMC
9  NIEVES, FELIPE QUEZADA , CIRIACO
   SALINA AND JOSE GARCIA
10                                      **STIPULATION TO FILE A
            Plaintiffs,                 CONSOLIDATED AND AMENDED
11      vs.                             COMPLAINT**  ; ORDER

12  RESPONSIBLE ROOFING, INC., PAUL
    MARVIN ELMORE JR., EDUARDO PENA,
13  DAVID LANDEROS, and DOES 1-10

14          Defendants

15

16      Parties, through their respective counsel, hereby stipulate that Plaintiffs are allowed file a

17  Consolidated and Amended Complaint attached hereto as Exhibit 1.  Parties stipulate that

18  Defendants be given 25 days to anwer the complaint.

    Dated: January 7, 2010
19                                      By:  /s/ ADAM WANG         .
                                             Adam Wang
20                                           Attorney for Plaintiffs

21  Dated: January 10, 2010             By: /s/ EDWARD HUNG
                                             Edward Hung
22                                           Attorney for Defendants

23

24

25

**CONSOLIDATED AND AMENDED COMPLAINT**
**Quazada, et al vs. Responsible Roofing, Inc., et al**
                    1                   Case No: C08-0821 EMC
                                                 C08-4905 EMC

**[PROPOSED] ORDER**

Pursuant to parties stipulation, IT IS HEREBY ORDERED that Plaintiffs shall file their Consolidated and Amended Complaint in 5 days of this order.

IT FURTHER ORDERED that Defendants shall file their answer with 25 days from the date the Consolidated and Amended Complaint is field.

Dated: January  13 , 2010          By: _____
                                        trate Judge



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**CONSOLIDATED AND AMENDED COMPLAINT**
<u>Quazada, et al vs. Responsible Roofing, Inc., et al</u>

2

Case No: C08-0821 EMC
          C08-4905 EMC