UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| QUEZADA, et al.,<br>　　　　Plaintiffs, | No. C 08-0821 EMC |
| v. | **ORDER GRANTING REQUEST FOR PLAINTIFFS FEDERICO QUEZADA AND ANTONIO QUEZADA TO ATTEND THE MEDIATION TELEPHONICALLY** |
| RESPONSIBLE ROOFING, et al.,<br>　　　　Defendant. | |
| | Date:　　April 19, 2010<br>Mediator:　Suzanne Nusbaum |

IT IS HEREBY ORDERED that the request for plaintiffs Federico Quezada and Antonio Quezada to be excused from personally attending the April 19, 2010 mediation session before Suzanne Nusbaum is GRANTED. Both Messrs. Quezada shall be available to participate by telephone at all times in accordance with ADR L.R. 6-10(f).

IT IS FURTHER ORDERED that plaintiffs' counsel Adam Wang shall obtain appropriate written authorization to execute settlement documentation on behalf of Federico Quezada and/or Antonio Quezada in the event the matter is resolved at the mediation.

IT IS SO ORDERED.

April 19, 2010　　　　　　　　　By:　_____
Dated　　　　　　　　　　　　　　　　　　Elizabeth D. Laporte
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge