ADAM WANG, Bar No. 201233
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 708
San Jose, CA 95113
Tel: (408) 292-1040
Fax: (408) 416-0248

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| FEDERICO QUEZADA AND ANTONIO QUEZADA,<br><br>    Plaintiffs,<br><br>    vs.<br><br>RESPONSIBLE ROOFING, INC., PAUL MARVIN ELMORE JR., PAUL MEARS ELMORE, ERICK LANDEROS, DAVID LANDEROS, AND DOES 1-10<br><br>    Defendants | Consolidated Cases No.: C08-0821 EMC<br>Case No.:  C08-4905 EMC<br><br>STIPULATION TO CONTINUE DISCOVERY DEADLINES ; ORDER |

Parties, through their respective counsel, stipulate as follows:

1.      Plaintiffs filed this wage and hour action against Responsible Roofing Inc., and individual Defendants who had control over Plaintiffs' work condition and situation under Fair Labor Standards Act.

2.      Subsequently, corporate Defendant Responsible Roofing Inc. had field Chapter 7 bankruptcy; however, this action continues against remaining individual Defendants.

3.      Parties have engaged in an unsuccessful mediation.  However, parties intend to continue to explore settlement possibilities upon Defendants providing Plaintiffs with certain financial documents.

4. Furthermore, Plaintiffs have requested substantial documents production which require until October 8, 2010 in which to review and produce.

---

**STIPULATION TO CONTINUE DISCOVERY DEADLINES**
Quezada, et al. v Responsible Roofing, Inc., et al.

1    C08-0821 EMC

4.   Given parties ongoing settlement efforts, and given the additional time needed for Defendants to produce the requested documents and allowing time for Plaintiffs to review and compel further production upon the Defendants' production on October 15, 2010, if need be, parties hereby jointly request the Court to continue the factual discovery deadline from August 30, 2010 to October 15, 2010.

5.   This continuance will not affect any other deadlines in effect.

DATED: August 30, 2010          By: /s/ Adam Wang
                                    ADAM WANG
                                    Attorneys for Plaintiffs

DATED: August 30, 2010          By: /s/ Travis Reynolds
                                    Travis Reynolds
                                    Attorneys for Defendants

[PROPOSED] ORDER

GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: ~~August~~/September __3__, 2010

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION TO CONTINUE DISCOVERY DEADLINES
Quezada, et al. v Responsible Roofing, Inc., et al.
                                2                            C08-0821 EMC