UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FEDERICO QUEZADA, *et al.*,

   Plaintiffs,

  v.

RESPONSIBLE ROOFING, INC., *et al.*,

   Defendants.
_____/

PORFIRIO ZAMORA, *et al.*,

   Plaintiffs,

  v.

RESPONSIBLE ROOFING, INC., *et al.*,

   Defendants.
_____/

No. C-08-0821 EMC

No. C-08-4905 EMC

**ORDER TO SHOW CAUSE**

   On October 15, 2010, the Court issued a third amended case management and pretrial order. In that order, the parties were instructed to submit their pretrial filings (*e.g.*, a joint pretrial statement, trial briefs, motions in limine, proposed voir dire questions, jury instructions, verdict forms, discovery excerpts, expert information, exhibits, and exhibit list) by December 1, 2010. Both parties failed to file any of the required documents by December 1. Despite repeated calls to counsel, documents still have not been filed as of this date. Accordingly, the Court now issues this order to show cause.

   More specifically, the parties are ordered to show cause why they should not be sanctioned, at a rate of $300 per day (each), for each day that the pretrial filings are not timely submitted. The

Court shall not require a response to this order to show cause, nor shall it impose any monetary sanctions, if a party's pretrial filings are submitted by 4:00 p.m., December 3, 2010.  The parties shall file their responses to this order to show cause by December 6, 2010, if their pretrial filings are not submitted by 4:00 p.m. on December 3, 2010.

IT IS SO ORDERED.

Dated: December 3, 2010

_____
EDWARD M. CHEN
United States Magistrate Judge