UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERICO QUEZADA, *et al.*, | No. C-08-0821 EMC |
| Plaintiffs, | No. C-08-4905 EMC |
| v. | |
| RESPONSIBLE ROOFING, INC., *et al.*, | **NOTICE AND ORDER REGARDING PROPOSED JURY INSTRUCTIONS** |
| Defendants. _____/ | |
| PORFIRIO ZAMORA, *et al.*, | |
| Plaintiffs, | |
| v. | |
| RESPONSIBLE ROOFING, INC., *et al.*, | |
| Defendants. _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court intends to give the attached instructions at trial commencing on February 14, 2011.

Any objections shall be filed by January 13, 2011 (*see* Docket No. 124).

IT IS SO ORDERED.

Dated: January 6, 2011

_____
EDWARD M. CHEN
United States Magistrate Judge