UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERICO QUEZADA, *et al.*, <br><br>    Plaintiffs, <br><br>    v. <br><br>RESPONSIBLE ROOFING, INC., *et al.*, <br><br>    Defendants. <br>_____/ <br>PORFIRIO ZAMORA, *et al.*, <br><br>    Plaintiffs, <br><br>    v. <br><br>RESPONSIBLE ROOFING, INC., *et al.*, <br><br>    Defendants. <br>_____/ | No. C-08-0821 EMC <br><br>No. C-08-4905 EMC <br><br>**ORDER DIRECTING PLAINTIFF TO FILE SUR-REPLY** |

    Plaintiffs are ordered to file its Sur-Reply by 4:00 p.m., February 2, 2011, presenting evidence that they were not served with Defendants' trial exhibits. If Plaintiffs fail to respond, the Court will find Defendants proved that exhibits were in fact served, and any objections by Plaintiffs are waived.

    IT IS SO ORDERED.

Dated: January 31, 2011

_____
EDWARD M. CHEN
United States Magistrate Judge