UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERICO QUEZADA, *et al.*, | No. C-08-0821 EMC |
| Plaintiffs, | No. C-08-4905 EMC |
| v. | |
| RESPONSIBLE ROOFING, INC., *et al.*, | **ORDER DIRECTING DEFENDANTS TO FILE RESPONSE** |
| Defendants. | |
| _____/ | |
| PORFIRIO ZAMORA, *et al.*, | |
| Plaintiffs, | |
| v. | |
| RESPONSIBLE ROOFING, INC., *et al.*, | |
| Defendants. | |
| _____/ | |

Defendants shall file its response to "Plaintiffs' Objection to the Court's Proposed Jury Instructions and Proposed Amendment" (Docket No. 135), by 4:00 p.m. on February 3, 2011.

IT IS SO ORDERED.

Dated: February 1, 2011

_____
EDWARD M. CHEN
United States Magistrate Judge