UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERICO QUEZADA, *et al.*, | No. C-08-0821 EMC |
| Plaintiffs, | No. C-08-4905 EMC |
| v. | |
| RESPONSIBLE ROOFING, INC., *et al.*, | **ORDER DIRECTING JURY COMMISSIONER TO FURNISH DAILY REFRESHMENTS** |
| Defendants. _____/ | |
| PORFIRIO ZAMORA, *et al.*, | |
| Plaintiffs, | |
| v. | |
| RESPONSIBLE ROOFING, INC., *et al.*, | |
| Defendants. _____/ | |

**IT IS HEREBY ORDERED** that the United States District Court Jury Commissioner shall furnish daily refreshments for the seven (7) members of the jury in the above-entitled matter at the expense of the United States from February 14, 2011 to February 18, 2011. On February 14, 2011, refreshments shall be delivered to the jury room for Courtroom D, 15th Floor by 12:30 p.m. On February 15 - 18, 2011, refreshments shall be delivered by 8:00 a.m.

IT IS SO ORDERED.

Dated: February 4, 2011

_____
EDWARD M. CHEN
United States Magistrate Judge

cc: David Weir/Cafe 450