1

2   Lawrence Wong, SBN 80852
    EDWARD HUNG, SBN 221232
3   **WONG & ASSOCIATES**
    413 Third Street
4   Oakland, CA 94607
    Telephone:   (510) 451-2124
5   Facsimile:   (510) 451-2448

6   Attorneys for Defendants
    Paul Elmore, Eduardo Pena
7   and David Landeros

8

                    **UNITED STATES DISTRICT COURT**
9
            **FOR THE DISTRICT OF NORTHERN CALIFORNIA**
10

11  FEDERICO QUEZADA, ANTONIO              Case No.  C08-0821 EMC
    QUEZADA, PORFIRIO ZAMORA,              Case No.  C08-4905 EMC
12  MARIO NIEVES, FELIPE QUEZADA,
    CIRIACO SALINA, and JOSE GARCIA,       **STIPULATION TO DISMISS WITH**
13                                         **PREJUDICE AND ORDER**
                Plaintiff,
14
          vs.
15
16  RESPONSIBLE ROOFING, INC., PAUL
    MARVIN ELMORE JR., EDUARDO
17  PENA, DAVID LANDEROS, and DOES 1-
    10,
18
                Defendants.
19

20        Plaintiffs Federico Quezada, Porfirio Zamora, Mario Nieves, Felipe Quezada, Ciriaco

21  Salina and Jose Garcia ("Plaintiffs") and Defendants Paul Elmore, Eduardo Pena and David

22  Landeros ("Defendants"), through their respective counsel, hereby stipulate as follows:

23        1.    Plaintiffs and Defendants have reached a settlement with respect to claims

24  Plaintiffs has against Defendants.

25        2.    As such, the parties hereby stipulate to dismiss Plaintiffs' Complaint and the

26
27  entire action against Defendants with prejudice.

28
                                         1
    STIPULATION TO DISMISS WITH PREJUDICE AND ORDER
    *Quezada v. Responsible Roofing*, C08-0821 EMC, C08-4905 EMC

3.      The parties agree that the Court shall retain jurisdiction for the purpose of enforcing the settlement agreement.

Respectfully submitted,

Dated:  March 1, 2011                                           Wong & Associates


                                                               /s/ Edward Hung_____
                                                               Edward Hung, Attorney for
                                                               Defendants


Dated:  March 1, 2011


                                                               /s/ Adam Wang_____
                                                               Adam Wang, Attorney for
                                                               Plaintiffs


ORDER

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

Dated:    3/2/11                                               _____
                                                                                              Judge

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

STIPULATION TO DISMISS WITH PREJUDICE AND ORDER
*Quezada v. Responsible Roofing*, C08-0821 EMC, C08-4905 EMC