United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERICO QUEZADA, *et al.*, | No. C-08-0821 EMC |
| Plaintiffs, | No. C-08-4905 EMC |
| v. | |
| RESPONSIBLE ROOFING, INC., *et al.*, | **ORDER RE VIOLATION OF COURT ORDER** |
| Defendants. _____/ | |
| PORFIRIO ZAMORA, *et al.*, | |
| Plaintiffs, | |
| v. | |
| RESPONSIBLE ROOFING, INC., *et al.*, | |
| Defendants. _____/ | |

Previously, Plaintiffs' counsel, Adam Wang, filed a request to appear telephonically at the Pre-trial Conference hearing scheduled on January 3, 2011 (*see* Docket No. 121). Mr. Wang violated this Court's Third Amended Case Management and Pretrial Order for Jury Trial (*see* Docket No. 88, 3:6-7), which requires the presence of lead trial counsel at the Pre-trial Conference. While this Court does not believe Mr. Wang had a reasonable excuse for not appearing in person for the January 3, 2011 Pre-trial Conference, the Court will not impose sanctions since Mr. Wang's action did not prejudice Defendants and did not delay trial proceedings.

However, Mr. Wang is forewarned that willful violation of any order of the Court will not be tolerated and will be subject to sanctions.

Should Mr. Wang be subject to *any* Order to Show Cause why he should not be sanctioned for violation of Court order by *any* Judge of this District within the next 12 months, Mr. Wang is directed to present this Order to that Judge.

IT IS SO ORDERED.

Dated: March 16, 2011

_____
EDWARD M. CHEN
United States Magistrate Judge

2